UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Ashley Harris )
_____ )
_____ )
Name of plaintiff (s) )
 )
v. )  Case No. 3:18-cv-351
Newell Brands )  (to be assigned by Clerk)
_____ )  Greer/Guyton
_____ )
Name of defendant (s) )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Sexual Harassment and Discrimination violation under Title VII of the Civil Rights Act of 1964.

2. Plaintiff, Ashley Harris resides at 3938 Big SpringsRidge Rd., Friendsville
street address / city
Blount, TN, 37737, 865-679-0534.
county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, Newell Brands lives at, or its business is located at 1427 William Blount Dr., Maryville, Blount, TN, 37801.
street address / city / county / state / zip code

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

In October 2016 while employeed by Newell Brands, I was sexually harassed and inappropriatly touched by manager Jaime Pitner. I received sexually inappropriate text messages from Supervisor Terry McWilliams. Following I was Discriminated against by being disciplined for using the restroom.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Employment Reinstatement with Backpay

   b. $250,000.00 in Damages

   c.

   d.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 24th day of August, 2018.

*Ashley Harris*

Signature of plaintiff(s)

3